UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKRITZ ADLER DEVELOPMENT, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CLAUDE G. MURRELL,  and | )<br>) Case No.:  1:07-cv-01275-EGS |
| GLORIA N. MURRELL, | )<br>) |
| Defendants; and | )<br>) |
| CLAUDE G. MURRELL and | )<br>) |
| GLORIA N. MURRELL, | )<br>) |
| Counterclaimants, | )<br>) |
| v. | )<br>) |
| LAKRITZ ADLER DEVELOPMENT, LLC, | )<br>) |
| Counterclaim Defendant. | )<br>) |

## AMENDED REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f) and Local Civil Rule 16.3(c) and (d), the parties met and conferred on August, 9, 2007, at Roetzel & Andress, LPA, at 1300 Eye Street. N.W., Suite 400 East, Washington, D.C. 20005.  The matters outlined in Local Civil Rule 16.3(c) were discussed. The meeting was attended by:

- Steven Cundra, Stanley Goldschmidt, and John Stackhouse for the plaintiff, Lakritz Adler Development, LLC

- Harold L. Segall and Patrick R. Jacobi for the defendants, Claude G. and Gloria N. Murrell

**I.     PRE-DISCOVERY DISCLOSURES**

The parties have exchanged initial disclosures.

## II. AMENDMENT OF THE PLEADINGS

Any amendments to the pleadings must be filed by November 15, 2007.

## III. DISCOVERY TOPICS

Discovery will encompass the following topics:

    A.    Contracts between Plaintiff and Defendants and related negotiations;

    B.    All facts relating to the failure to proceed to closing on the contracts;

    C.    All alleged acts and omissions of Plaintiff and Defendants in connection with closing and the implementation of the contracts;

    D.    Any environmental hazards and contamination alleged by Plaintiffs with respect to the properties, and the alleged costs of abatement of such hazards or contamination;

    E.    Alleged damages; and

    F.    All claims and defenses asserted in this case. The parties do not waive any objections based on relevance with respect to the topics listed in Section II hereof.

## IV. DISCOVERY PLAN

The parties jointly propose the following discovery plan:

    A.    Discovery, including fact and expert discovery, shall be completed on or before January 18, 2008. "Completed" means that interrogatories and requests for production of documents, admissions and inspection of the properties must be served at least 33 days prior to January 18, 2008, so that responses will be due on or before the completion date. All depositions must be completed by January 18, 2008.

    B.    Plaintiff shall serve any expert reports by October 5, 2007.

    C.    Defendants shall serve any expert reports by November 5, 2007.

    D.    Plaintiff shall serve any rebuttal expert reports by December 3, 2007.

   E. Defendants shall serve any sur-rebuttal export report by December 21, 2007.

Defendants do not waive any response to any assertions in such rebuttal reports.

## V. DISPOSITIVE MOTIONS

The deadline for filing dispositive motions is January 31, 2008.  Oppositions shall be due 30 days after service of such motions.  Replies shall be due 14 days after service of such oppositions.

## VI. SERVICE OF PLEADINGS, DISCOVERY AND OTHER PAPERS

The parties agree to serve each other through e-mail with a hard copy being sent by hand delivery, overnight delivery, or first class mail.

## VII. SETTLEMENT

The parties have engaged in substantial settlement negotiations and it appears that no settlement is likely at this stage of the case.

## VIII. OTHER ITEMS

   A. The parties have not agreed to proceed to trial before a Magistrate judge.

   B. The parties do not request a conference with the court before entry of the scheduling order.

   C. The parties request a pretrial conference in March 17, 2008 or as soon thereafter as the Court's schedule permits.

   D. This case should be ready for trial by April 7, 2008.

DATE: September 18, 2007

            Respectfully Submitted,

| | |
|---|---|
| _/s/ Harold L. Segall_____ | _/s/ Steven D. Cundra_____ |
| Harold L. Segall | Steven D. Cundra |
| D.C. Bar No. 395523 | D.C. Bar No. 374074 |

| | |
|---|---|
| Patrick R. Jacobi<br>D.C. Bar No. 974532<br>Beveridge & Diamond, P.C.<br>1350 I Street, NW, Suite 700<br>Washington, DC 20005-3311<br>Telephone: (202) 789-6000<br>Facsimile: (202) 789-6190<br>Email: HSegall@bdlaw.com<br>*Counsel for Defendants, Claude G.*<br>*Murrell and Gloria N. Murrell* | Roetzel & Andress, LPA<br>1300 Eye Street, N.W.<br>Suite 400 East<br>Washington, D.C. 20005<br>Telephone: (202) 625-0600<br>Facsimile: (202) 338-6340<br>Email: scundra@ralaw.com<br>*Attorney for Plaintiff*<br>*Lakritz Adler Development, LLC* |

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2007, I electronically filed the Report of Parties Planning Meeting and a copy of the foregoing to be served via the Court's CM/ECF system upon the following counsel of record.

Harold L. Segall, Esq.
Patrick R. Jacobi, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, D.C. 20005-3311

/s/ Steven D. Cundra
Steven D. Cundra, Esquire
(D.C. Bar No. 374074)
ROETZEL & ANDRESS, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Telephone: (202) 625-0600
Facsimile: (202) 338-6340
Email: scundra@ralaw.com
*Counsel for Plaintiff, Lakritz Adler*
*Development, LLC*