AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LaKritz Adler Development, LLC,

         Plaintiff(s)    )    **APPEARANCE**

           vs.    )    CASE NUMBER   1:07-cv-01275-ESG

Claude G. Murrell and Gloria N. Murrell,

         Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Patrick R. Jacobi__ as counsel in this
                 (Attorney's Name)

case for: __Claude G. and Gloria N. Murrell__
           (Name of party or parties)

October 10, 2007
Date

*(signature)*
Signature

DC Bar No.: 974532
BAR IDENTIFICATION

Patrick R. Jacobi
Print Name

1350 I St., Suite # 700
Address

Washington, DC   20005-3311
City   State   Zip Code

(202) 789-6064
Phone Number