UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKRITZ ADLER DEVELOPMENT, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLAUDE G. MURRELL, and )<br>)<br>GLORIA N. MURRELL, )<br>)<br>Defendants; and )<br>)<br>CLAUDE G. MURRELL and )<br>)<br>GLORIA N. MURRELL, )<br>)<br>Counterclaimants, )<br>)<br>v. )<br>)<br>LAKRITZ ADLER DEVELOPMENT, LLC, )<br>)<br>Counterclaim Defendant. )<br>) | Case No.: 1:07-cv-01275-EGS/JMF |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, by and through counsel, Plaintiff and Counterclaim Defendant LaKritz Adler Development, LLC and Defendants and Counterclaimants Claude G. Murrell and Gloria N. Murrell hereby dismiss this action, and all claims which were or which could have been brought herein, with prejudice. Each party shall bear their own costs.

DATED: December 10, 2007

Respectfully Submitted,

*[signature]*

Steven D. Cundra, Esquire
(D.C. Bar No. 374074)
ROETZEL & ANDRESS, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Telephone: (202) 625-0600
Facsimile: (202) 338-6340
Email: scundra@ralaw.com
*Counsel for Plaintiff, LaKritz Adler Development, LLC*

*[signature]*

Harold L. Segall, Esq.
(D.C. Bar No. 395523)
Patrick R. Jacobi, Esq.
(D.C. Bar No. 974532)
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
Telephone: (202) 789-6000
Email: hsegall@bdlaw.com
*Counsel for Defendants
Claude G. Murrell and Gloria N. Murrell*